IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CLEVE OTIS HULSEY, | ) | No. C 08-1009 JSW (PR) |
| | ) | |
| Petitioner, | ) | |
| | ) | **ORDER DENYING MOTION FOR** |
| vs. | ) | **STAY; TO SHOW CAUSE** |
| | ) | |
| BEN CURRY, Warden, | ) | |
| | ) | (Docket No. 3) |
| Respondent. | ) | |
| | ) | |
| _____ | ) | |

Petitioner, a prisoner of the State of California, has filed a habeas corpus petition pursuant to 28 U.S.C. § 2254 challenging the Board of Parole Hearings' decision to deny Petitioner parole. On April 24, 2008, the Court ordered Respondent to show cause why the petition should not be granted based on Petitioner's cognizable claims. Instead of filing an answer or motion to dismiss, as Respondent was ordered to do, Respondent filed a motion to stay this case indefinitely, pending the issuance of a decision in *Hayward v. Marshall*, 512 F.3d 536 (9th Cir.), *reh'g en banc granted*, No. 06-55392, slip op. at 1 (9th Cir. May 16, 2008).

Respondent asserts that a stay is warranted on basis of judicial economy because *Hayward* "may" decide various issues applicable to this case. It is an abuse of discretion for a district court to stay a habeas petition indefinitely pending resolution of a different case involving parallel issues on the basis of judicial economy and to prevent an intra-

1    district split in decisions.  *Yong v. INS*, 208 F.3d 1116, 1120-22 (9th Cir. 2000).

2            Accordingly, the motion for a stay is DENIED.

3            Within **60 days** of the date this order is filed, Respondent shall comply with the

4    April 24, 2008 Order to Show Cause.

5            This order terminates Docket No. 3.

6            IT IS SO ORDERED.

7    DATED:  July 3, 2008

8                                         JEFFREY S. WHITE
                                          United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CLEVE OTIS HULSEY,

           Plaintiff,

   v.

BEN CURRY et al,

           Defendant.

_____/

Case Number: CV08-01009 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cleve O. Hulsey
E53226
P.O. Box 689
FW-235
Soledad, CA 93960-0689

Dated: July 3, 2008

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk